General Complaint

*CLERK, U.S. DISTRICT COURT RECEIVED JUL 26 2010 EASTERN DISTRICT OF TEXAS*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Dozier's Logging
Angela Maria Dozier-Carter

Case Number: 6:10cv365
LED/JDL

List the full name of each plaintiff in this action.

VS.

Southside Bank
Central Bank of Nigeria

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

(1.) Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

① Joseph Olivieri
103 ½ Market St.
Louisburg, N.C. 27549

② Darnell Batton
P.O. Box 603
Louisburg, NC 27549

C. Results of the conference with counsel:

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   _____Yes   ✔ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

   Plaintiff _____

   Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

   _____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.

   _____

6. Disposition: Was the case dismissed, appealed or still pending?

   _____

7. Approximate date of disposition. _____

III. Parties to this suit:

   A. List the full name and address of each plaintiff:

   Pla #1 Dozier's Logging
   Angela Maria Dozier-Carter
   P.O. Box 581
   Pla #2 Franklinton, N.C. 27525
   252-915-6694

   B. List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: Jana & Leeann (903)531-7111
   Southside Bank
   Fraud Dept.
   1201 S. Beckham Ave.
   Tyler, Texas 75701

   Dft #2: Joseph Wiley (CIO)
   Southside Bank
   1201 S. Beckham Ave.
   Tyler, Texas 75701 (903)531-7111

   Dft #3 Mallam Sanusi Lamido Sanusi
   Executive Governor
   Central Bank of Nigeria
   Zaria Street, Garki II
   Abuja, Nigeria
   234-803-648-3356

   Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Bank fraud, check fraud, cheque kiting, identity theft, embezzlement and conspiracy. Friday July 16, 2010 they contacted me that I was a beneficiary to a account that is real worth $25,500,000.00, Account # 5707528 Routing # 111923607 at Southside Bank by email, then contacted me on July 21, 2010 to say the email was fake, but the account is a real account, but an old account. Refused to give me any information on the account. They stole my identity to have funds withdrawn from the account. I was told to file a police report and have bank account information subpeonaed.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

Tyler _____ DIVISION

**SUMMONS IN A CIVIL CASE**

Dozier's Logging
Angela Maria Dozier-Carter
(Plaintiff)

v.                                       CASE NUMBER:

Southside Bank
Central Bank of Nigeria
(Defendant(s))

TO: (Name and address of defendant)
Southside Bank
P.O. Box 1079
Tyler, Texas 75710

Central Bank of Nigeria
Zaria Street
Garki II
Abuja, Nigeria

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Angela Maria Dozier-Carter
P.O. Box 581
Franklinton, NC 27525

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with a reasonable period of time after service.

DAVID J. MALAND, CLERK

BY: _____          Date: _____
    Deputy Clerk

## RETURN OF SERVICE

Service of the summons and complaint was made by me :  Date __7-23-2010__

Name of Server __Angela Carter__ Title __Plaintiff__

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:

__By mail__

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons was left:

☐ Returned unexecuted: _____

### STATEMENT OF SERVICE FEES

Travel _____  Services _____  Total __$0.44__

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
Date

Signature of Server: _Angela Carter_

Address of Server: P.O. Box 581, Franklinton, NC 27525